# PELUSO & TOUGER, LLP

ATTORNEYS AT LAW
70 LAFAYETTE STREET
NEW YORK, NEW YORK 10013

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/31/2019

TELEPHONE: (212) 608-1234
FACSIMILE: (212) 513-1989

BY ECF:
May 29, 2019

Honorable Lorna G. Schofield
United States District Court Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   United States v. Richard Griffin,
      18 Cr 22 (LGS)

Your Honor,

*Application Granted. Defendant Richard Griffin's sentencing hearing is adjourned to September 5, 2019 at 11:15 a.m. Defendant's pre-sentencing submission shall be filed by August 12, 2019. The Government's pre-sentencing submission, if any, shall be filed by August 15, 2019. The Clerk of the Court is directed to terminate the letter motion at docket number 53.*

*Dated: May 31, 2019*
*New York, New York*

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

I am writing on behalf of the defendant, Richard Griffin whose sentence is currently scheduled for June 20, 2019. I would most respectfully request with the approval of the Government to adjourn the sentence for a short period to a date (preferably the end of July) that is convenient for the Court. Mr. Griffin had hoped to be able to pay the full restitution in this matter prior to sentencing and his family had applied for a loan to effectuate that payment. Unfortunately that loan although approved has not settled yet. Thus, I am respectfully asking for a one month adjourn date so that the loan can settle and Mr. Griffin will have the funds necessary to pay restitution at the time of the sentencing.

Thank you very much for your consideration of this matter

Respectfully yours,

David Touger

cc: AUSA Swergold